UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EVERHOME MORTGAGE COMPANY,

            Plaintiff,

     - against -

CHARTER OAK FIRE INSURANCE
COMPANY, and THE ST. PAUL TRAVELERS
COMPANIES, INC., MANTINA KRAIEM,
And LASALLE BANK NA,

            Defendants.
------------------------------------------------------------------X

**ORDER**
07-CV-98 (RRM) (RML)

**MAUSKOPF, United States District Judge:**

     Cross-Claimant LaSalle Bank N.A., now known as Bank of America, as Trustee for JPMorgan Chase Bank, N.A., as acquirer of certain assets and liabilities of Washington Mutual Bank, including Mortgage Pass-Through Certificates WMALT Series 2005-1 Trust ("Chase") moved, pursuant to Fed. R. Civ. P. 37, to compel discovery and impose sanctions against defendant Mantina Kraiem. On April 18, 2011, Magistrate Judge Robert M. Levy issued a Report and Recommendation (the "R&R") recommending that Chase's motion be granted and that judgment be entered against Mantina Kraiem on Chase's cross-claims. (Doc. No. 120.) Judge Levy further recommended that Mantina Kraiem be ordered to pay Chase's attorney's fees and costs in bringing this motion. Judge Levy reminded the parties that, pursuant to Rule 72(b), any objection to the R&R was due within fourteen (14) days. No party has filed any objection.

     Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, concurs with the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007).

     Accordingly, it is hereby ORDERED that 1) the R&R (Doc. No. 120) is adopted in its entirety, 2) default judgment be entered against defendant Mantina Kraiem on Chase's cross-claims

against her, and 3) that she be ordered to pay Chase's attorney's fees and costs incurred in bringing its motion to compel discovery and impose sanctions. Chase is ORDERED to submit proper records supporting its request for fees.

SO ORDERED.

Dated: Brooklyn, New York
      September 12, 2011

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge